UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

China United Lines, Ltd., a China company,                    23 Civ. 10313 (PKC)

                Plaintiff,

v.                                                                                         ORDER

Amazon.com Services LLC, a Delaware
limited liability company,

                Defendants.
_____

CASTEL, United States District Judge.

    Plaintiff may amend its complaint by March 18, 2024.  Defendant may move against the amended complaint by April 1, 2024.  Plaintiff may respond by April 26 and defendant may reply by May 13.

    March 20, 2024 conference is VACATED.  Letter Motion ECF 15 is terminated.

    SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
         March 11, 2024