UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CHINA UNITED STATES, LTD

Plaintiff(s),

23 Civ. 10313 (PKC)

- against -

AMAZON.COM SERVICES, LLC

ORDER FOLLOWING
PRETRIAL CONFERENCE

Defendant(s).

-------------------------------------------------------------x

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following

is ORDERED:

(1) Trial will be June 15, 2026 at 10am in Courtroom 11D.

(2) Plaintiff's direct testimony by affidavit and trial brief is due April 30, 2026.

(3) Defendant's direct testimony by affidavit and trial brief is due May 20, 2026.

(4) Any rebuttal by plaintiff is due May 27, 2026.

(5) Defendant may file a summary judgment motion by May 20, response due May 29, reply due June 5.

(6) Final Pretrial Order is due May 29, 2026.

2

The next ~~Case Management Conference~~ [the Final Pretrial Conference] will be held on _June 9, 2026_ at _11:00_ am/~~pm~~. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
_3-10-26_