

May 26, 2026

Benjamin I. Rubinstein
Partner
Benjamin.Rubinstein@klgates.com

T +1 212 536 3900
F +1 212 536 3901

*Application granted. So Ordered.*
*[signature]*
*5-27-26*

**VIA ELECTRONIC FILING**

Hon. P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, N.Y. 10007

**Re:** *China United Lines, Ltd. v. Amazon.com Services, LLC*, 23-cv-10313 (PKC) —
**Agreed Extension for Joint Pretrial Order**

Dear Judge Castel:

This firm represents Amazon.com Services LLC ("Amazon") in the above-referenced action. The next conference before the Court is the Final Pretrial Conference, currently scheduled for June 9, 2026 at 11:00 a.m. We write jointly on behalf of Amazon and Plaintiff China United Lines, Ltd. ("CUL") to respectfully request the Court's approval of an agreed-upon extension to the deadline for the filing of the Joint Pretrial Order in advance of the June 15, 2026 trial in this matter.

In light of the multiple other filing deadlines occurring this week,[1] the parties jointly and respectfully request that the Court extend the deadline for submission of the Joint Pretrial Order from May 29, 2026 to Friday, June 5, 2026. The parties believe that this modest extension will allow counsel adequate time to prepare a thorough and complete Joint Pretrial Order without impacting the trial schedule or the Final Pretrial Conference currently set for June 9, 2026.

The parties believe this date is appropriate given the trial date and the existing briefing deadlines established by the Court. The proposed deadline ensures that the Joint Pretrial Order will be completed and filed in advance of the Final Pretrial Conference on June 9, 2026.

---

[1] CUL's rebuttal brief and its opposition to Amazon's motions in limine are due tomorrow (May 27). CUL's opposition to Amazon's motion for summary judgment and Amazon's reply in further support of its motions in limine are due on Friday (May 29).

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900   F +1 212 536 3901   klgates.com

In light of the foregoing, the parties respectfully request that the Court so-order the requested extension.

*       *       *       *       *       *

We appreciate Your Honor's attention and courtesies.

Respectfully submitted,

/s/ Benjamin I. Rubinstein


Benjamin I. Rubinstein


cc: All counsel of record

2

May 26, 2026