UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

China United Lines, Ltd., a China company,                    23 Civ. 10313 (PKC)

                              Plaintiff,

v.                                                            ORDER

Amazon.com Services LLC, a Delaware
limited liability company,

                              Defendants.

_____

CASTEL, United States District Judge.


              Trial on Tuesday, June 16, 2026 will begin at **10:00 a.m.** in Courtroom 11D.

         SO ORDERED.

                                        _____
                                              P. Kevin Castel
                                        United States District Judge


Dated:  New York, New York
        June 15, 2026