**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
CHINA UNITED LINES, LTD,

Plaintiff,

23 **CIVIL** 10313 (PKC)

-against-

**JUDGMENT**

AMAZON SERVICES LLC,

Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 23, 2026, the Court finds that CUL failed to prove by a preponderance of the evidence that Amazon breached the Work Order. Alternatively, Amazon has proven by a preponderance of the evidence that it properly terminated the Work Order for cause. Accordingly, judgment is entered in favor of defendant Amazon Services LLC and the case is closed.

**DATED:** New York, New York
October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**